UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EARTH ISLAND INSTITUTE, et al., | Case No. 14-cv-03101-JST |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE TODAY, JULY 10 AT 3:00 P.M.** |
| TOM QUINN, et al., | |
| Defendants. | |

The Court is aware of the parties' telephone call with the Courtroom Deputy this morning regarding Plaintiffs' anticipated request for injunctive relief. The Court is also aware that Defendants have filed a motion to sever and to transfer venue, and that they intend to file an administrative motion today to hear the motion to sever and transfer on shortened time. ECF No. 9. The Court now SETS a telephonic case management conference today, July 10, 2014 at 3:00 p.m. for the purpose of discussing these issues.

At the conference, the Court also intends to suggest the following schedule for Plaintiffs' motion for a preliminary injunction, assuming the case is not transferred:

- Plaintiffs' motion for a preliminary injunction due July 14;
- Defendants' opposition due July 18;
- Plaintiffs' reply brief due July 23; and
- Hearing on the motion July 28, 2014 at 9:30 a.m.

The parties should also be prepared to discuss a schedule for briefing and hearing Defendants' pending motion to sever and transfer venue, which the Court intends to hear on shortened time regardless of whether a motion to shorten time is filed.

/ / /

/ / /

1   The parties are ordered to provide the Courtroom Deputy with a direct-dial telephone
2   number at which they both may be reached for today's conference by 1:30 p.m.
3   **IT IS SO ORDERED.**
4   Dated: July 10, 2014

                                                JON S. TIGAR
                                    United States District Judge