UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>            Plaintiffs,<br><br>     v.<br><br>TOM QUINN, in his official capacity as Forest Supervisor for the Tahoe National Forest; and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>            Defendants. | No. 2:14-cv-01723-GEB-EFB<br><br>**ORDER GRANTING MOTION TO INTERVENE**[1] |

J. W. Bamford, Inc. ("Bamford") moves to intervene in this lawsuit as a defendant-intervenor either as of right under Federal Rule of Civil Procedure ("Rule") 24(a) or permissively under Rule 24(b). (Mot. to Intervene 1:14-18, ECF No. 22.) Bamford argues:

> This motion is timely, . . . Bamford has a significant interest in defending the Big Hope Project, for which it will be conducting timber salvage and hazard tree removal as the Macedon Salvage Sale purchaser[, t]he outcome of this litigation threatens [its] interests[,]" and "the existing parties do not adequately [represent] their interests."

---

[1] This matter is suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1  Id. at 1:20-27. Bamford's motion is unopposed. Id. 1:17-20; Pls.'
2  Statement of Withdrawal of Opp'n, ECF No. 46.
3         Since Bamford has shown it is entitled to intervene in
4  this action as a defendant-intervenor, its intervention motion is
5  GRANTED.
6  Dated:  July 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2